**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:      Evan Stuart Fairbanks **V.** The State of Texas

Appellate case number:   01-14-00124-CR; 01-14-00125-CR

Trial court case number:  1388074; 1388075

Trial court:                     177th District Court of Harris County

Date motion filed:          October 3, 2014

Party filing motion:        Appellant

     The en banc court has voted to deny appellant's motion for en banc reconsideration of the September 25, 2014 order denying appellant's motions to abate these appeals. It is ordered that the motion for en banc reconsideration is **denied**.

Judge's signature: /s/ Michael Massengale_____
                    Acting for the En Banc Court*

Date:  October 22, 2014_____

* En banc court consists of Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Sharp, Massengale, Brown, and Huddle.